**Order entered June 16, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01048-CV

**GAEDEKE HOLDINGS II, LTD., Appellant**

**V.**

**CHAIT AND HENDERSON, P.C. D/B/A UPTOWN VISION, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03350**

### ORDER

Before the Court is appellee's June 15, 2021 motion for an extension of time to file its combined appellee/cross-appellant's brief. We **GRANT** the motion and extend the time to **July 16, 2021**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE